

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

DAVID LEE WILSON,

    Plaintiff,

vs.                        CIVIL ACTION NO. 5:93-0478

FAYETTE COUNTY SHERIFF'S
DEPARTMENT, BILL WEBB,
CHIEF JAIL ADMINISTRATOR,

    Defendants.

## O R D E R

    This day the Court, having considered the Report-Recommendation of the United States Magistrate Judge filed pursuant to 28 U.S.C. §636, and upon *de novo* review of the record in the case, hereby ORDERS:

    1.    That the Report-Recommendation of the United States Magistrate Judge be approved and adopted by the Court;

    2.    That the Plaintiff's application to proceed *in forma pauperis* be granted;

    3.    That civil process under *Rule 4*, Federal Rules of Civil Procedure, issue as to the Defendants named herein on the Plaintiff's damage claims and that a copy of the process as served and the complaint filed be made available to the Prosecuting Attorney of Fayette County; and

    4.    That any answer or other responsive pleading filed with respect to the complaint herein shall include any records or other

materials which would facilitate determination of the issues presented in the complaint.

It is further **ORDERED** that this case be assigned to the docket of the Honorable David A. Faber, United States District Judge, and referred to Magistrate Judge Mary S. Feinberg for report and recommendation pursuant to 28 U.S.C. §636, and once completed, shall be re-referred to Judge Faber for further action.

The Clerk is directed to send a copy of this Order to the named parties and the Prosecuting Attorney of Fayette County.

ENTER: July 1, 1993

*Charles H. Haden II, Chief Judge*